Andre D. **WALKER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 58950.**

Missouri Court of Appeals, Western District.

Oct. 16, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 4, 2001.

Application for Transfer Denied Jan. 22, 2002.

Sarah Weber Patel, Asst. Public Defender, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Jefferson City, Philip M. Koppe, Assistant Attorney General, Kansas City, for Respondent.

Before PAUL M. SPINDEN, Chief Judge, VICTOR C. HOWARD, Judge, and LISA WHITE HARDWICK, Judge.

## ORDER

Andre D. Walker appeals the circuit court's judgment denying his motion to vacate his convictions of two counts of assault in the first degree and two counts of armed criminal action. We affirm. Rule 84.16(b).